

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 3, 2020

**BY EMAIL**
The Honorable Paul E. Davison
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Gustavo L. Vila*, **20 Mag. 8889**

Dear Judge Davison:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 20 Mag. 8889, and related arrest warrant for Defendant Gustavo L. Vila, as I have been advised that the Defendant has been arrested.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            Acting United States Attorney

                          By:    */s/ Sarah Kushner*
                                            Sarah L. Kushner
                                            Assistant United States Attorney
                                            Tel: (212) 637-2676

SO ORDERED:

*/s/ Paul E. Davison*
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE

9/3/20