UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Gustavo Vila

                    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-MJ-8889

Defendant Gustavo Vila hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel


_Gustavo Vila (PED) by permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/_
Defendant's Counsel's Signature

_Gustavo Vila_
Print Defendant's Name

_Susanne Brody_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_Sept 3, 2020_
Date

U.S. District Judge/U.S. Magistrate Judge