# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Gustavo Vil

Susanne Brody
*Attorney-in-Charge
White Plains*

September 3, 2020

BY ECF AND MAIL
The Honorable Paul Davison
United States Magistrate Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/20

Re: **United States v. Gustavo Vila**
20 Mag. 8889 (PD)

Dear Judge Davison,

This letter is a request for a bail extension for Mr. Gustavo Vila who was before this Court his afternoon. Mr Vila was released on, *inter alia,* on a $100,000, bond to be co-signed by 2 financially responsible consigners with travel restricted to the Southern and Eastern Districts of New York. Shortly after he was released he informed me that he and his friend had prepaid plans to go to Connecticut for the weekend. They would be staying at the Inn at Harbor Hill Marina, 60 Grand Street, Naintic. They hope to leave tomorrow midday and return late Monday evening. Neither pretrial nor the government object to this request.

Your attention to this request is most appreciated. Travel through 9/7/20 approved as requested.

Respectfully,
/s/
Susanne Brody

cc: Sarah Kushner, AUSA
    Winter Pascual, USPTO
    Mr. Gustavo Vila

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
9/4/20