# UNITED STATES DISTRICT COURT
## THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
| --- |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  9/15/20 |

## United States District Court
## Southern District of New York

--------------------------------------------------------X

## United States of America,

                              Plaintiff                      **SCHEDULING ORDER**

       -against-                            7:20-MJ-08889- UA

Gustavo Vila

                              Defendant

--------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Waiver of Indictment hearing  on 9/18/2020 at 3:30  pm  before Magistrate
Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code
5999739.  Members of the press and public may call the same number,but will not be permitted to speak
during the conference.

Dated:  September 15, 2020
         White Plains, New York

                            SO ORDERED:

                            s/       PED

                            _____

                            PAUL E. DAVISON
                            United States Magistrate Judge